UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Lisa Gieringer,<br><br>          Plaintiff,<br>v.<br><br>Capital Link Management LLC; and DOES 1-10, inclusive,<br><br>          Defendants. | Civil Action No.: 3:20-cv-00921-jdp |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: April 5, 2021

                                              Respectfully submitted,

                                              PLAINTIFF, Lisa Gieringer

                                              /s/ Sergei Lemberg

                                              Sergei Lemberg, Esq.
                                              **LEMBERG LAW, L.L.C.**
                                              43 Danbury Road, 3rd Floor
                                              Wilton, CT 06897
                                              Telephone: (203) 653-2250
                                              Facsimile: (203) 653-3424
                                              slemberg@lemberglaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 5, 2021, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the Western District of Wisconsin Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                     By /s/ Sergei Lemberg

                                         Sergei Lemberg