## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Lisa Gieringer,<br><br>               Plaintiff,<br>v.<br><br>Capital Link Management LLC; and DOES 1-10, inclusive,<br><br>               Defendants. | Civil Action No.: 3:20-cv-00921-jdp |

## **STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice and with costs to any party. The Court will retain jurisdiction to enforce the terms of the settlement agreement.

| Lisa Gieringer | Capital Link Management LLC |
|---|---|
| /s/ Sergei Lemberg | /s/ Brendan H. Little |
| Sergei Lemberg, Esq.<br>LEMBERG LAW, L.L.C.<br>43 Danbury Road, 3rd Floor<br>Wilton, CT 06897<br>Telephone: (203) 653-2250<br>Facsimile:  (203) 653-3424<br>slemberg@lemberglaw.com<br>Attorney for Plaintiff | Brendan H. Little, Esq.<br>Lippes Mathias Wexler Friedman LLP<br>50 Fountain Plaza, Suite 1700<br>Buffalo, NY 14202<br>(716) 853-5100<br>(716) 853-5199<br>blittle@lippes.com<br>Attorney for Defendant |

_____

SO ORDERED

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 16, 2021, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Western District of Wisconsin Electronic Document Filing System (ECF) and that the document is available on the ECF system.

      By /s/ Sergei Lemberg

      Sergei Lemberg